# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

No. 06-20845

**September 26, 2007**

Charles R. Fulbruge III
Clerk

In the Matter Of: ZOUHAIR HILAL, also known as Danny Hilal

Debtor

-----------------------------------------------------------------------------------------

ZOUHAIR HILAL, also known as Danny Hilal

Appellant

v.

TRUSTEE RANDY W WILLIAMS

Appellee

Appeal from the United States District Court
for the Southern District of Texas, Houston Division
USDC No. 4:05-CV-3777

Before REAVLEY, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM:[*]

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Appellant Zouhair "Danny" Hilal appeals from the district court's order affirming a bankruptcy court's approval of a contingency fee arrangement with Porter & Hedges, a law firm that Chapter 11 Trustee Randy Williams retained as special litigation counsel pursuant to 11 U.S.C. § 328(a). The bankruptcy court approved the arrangement, determining that it was in the best interest of the bankruptcy estate and its creditors, that the contingency fee of four percent of the "gross value of any settlement or recovery" was reasonable, and that the law firm represented no adverse interests to the estate.

Having reviewed the briefs and pertinent parts of the record, we affirm the judgment essentially for the reasons that the district court provided in affirming the bankruptcy court.

AFFIRMED.